**DIXIE AUTO INSURANCE COMPANY
et al., Appellants,**

v.

**UNITED STATES FIDELITY & GUAR-
ANTY COMPANY, Appellee.**

No. 26073.

United States Court of Appeals
Fifth Circuit.

Nov. 26, 1968.

Schuyler A. Baker, Jack J. Hall, Rob-
ert E. Parsons, Birmingham, Ala., Baker,
McDaniel & Hall, Birmingham, Ala., of
counsel, for appellants.

Ollie L. Blan, Jr., Birmingham, Ala.,
Spain, Gillon, Riley, Tate & Ansley, Bir-
mingham, Ala., of counsel, for appellee.

Before GEWIN and GODBOLD, Cir-
cuit Judges, and CHOATE, District
Judge.

PER CURIAM:

This is an appeal from a declaratory
judgment holding the defendant-appel-
lant liable under a policy of family auto-
mobile liability insurance and holding
that the plaintiff-appellee was not liable
under a policy of comprehensive general
automobile liability insurance. All is-
sues of law and fact are fully set forth
in the opinion of the United States Dis-
trict Court for the Northern District of
Alabama, 292 F.Supp. 554.

Appellant contends that the district
court did not correctly interpret the
pertinent provisions of the policies under
the law as it existed when this case was
decided. It further contends that the
case of Maryland Casualty Company v.
Allstate Insurance Co., 281 Ala. 671,
207 So.2d 657 (1968), decided by the
Alabama Supreme Court subsequent to
the decision of the district court further
clarified the applicable law of Alabama
and requires a reversal of the judgment.

We have given thorough consideration
to the briefs and the cogent oral argu-
ments advanced, and we are convinced
that the case was correctly decided. Ac-
cordingly the judgment of the district
court is affirmed.